means precisely what it did in the act of 1900. Likewise its redeclaration in the consolidated act of 1909 has the same meaning precisely.

As we construe this meaning, the rate payable for liquor tax in the borough of Brooklyn in advance on the 15th of September, 1910, is to be determined on the basis of the population of said borough as shown by the United States census of 1910.

These views require that the order and determination of the Special Term be reversed, and the writ of certiorari be dismissed, with costs. All concur.

BURR, J. I concur, but venture to suggest that any confusion arising from the language of subdivision 1 of section 8 of the liquor tax law, which specifies the basis for fixing the amount of the tax as the population determined by the "last state census," may be avoided if we keep firmly in mind that subdivision 1 is dealing with a condition existing at the time that the law became operative, while subdivision 8 deals with a condition subsequently to arise. As Mr. Justice CARR clearly points out in his opinion, when the act of 1900 was passed, the Legislature knew that the last state census was in 1895, and that the decennial United States census was about to be taken. So it may be urged that, when the act of 1909 was passed, the Legislature knew that the most recent determination of population was that obtained through the state census of 1905, and it therefore referred to that as a basis for fixing the amount of the present tax. In providing for automatic changes in the future, it knew of the obligation to take a United States census in 1910, and another state census in 1915, and it therefore referred to each of these methods of enumeration as a basis of computation.

---

PEOPLE ex rel. NELLIS v. CLEMENT, State Com'r of Excise, et al.

(Supreme Court, Appellate Division, Second Department. December 30, 1910.)

Appeal from Special Term.

Certiorari by the People, on the relation of John L. Nellis, against Maynard N. Clement, as State Commissioner of Excise, and another. From a certain order and determination in favor of relator, respondents appeal. Reversed, and writ dismissed.

Argued before JENKS, BURR, THOMAS, RICH, and CARR, JJ.

Robert J. Fish, for appellants.
E. B. Barnum, for respondent.

PER CURIAM. Order and determination of the Special Term reversed, and writ of certiorari dismissed, with costs, on the authority of Matter of Application of Hermann Ahlers (decided herewith) 127 N. Y. Supp. 61.